# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 28, 2022

Lyle W. Cayce
Clerk

No. 21-50877
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Juan Reynaldo Rodriguez-Morales,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:20-CR-1232-1

Before Southwick, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:*

Juan Reynaldo Rodriguez-Morales appeals his conviction and sentence for illegal reentry after deportation under 8 U.S.C. § 1326(a) and (b)(1). He argues that his sentence exceeded the statutory maximum because the enhanced penalty provisions of § 1326(b) are unconstitutional.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50877

Rodriguez-Morales has filed an unopposed motion for summary disposition and a letter brief conceding correctly that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553–54 (5th Cir. 2019). He states that he has raised the issue only to preserve it for possible further review. Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Rodriguez-Morales's motion is GRANTED, and the district court's judgment is AFFIRMED.